UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LISA HILL | CIVIL ACTION NO. 22-cv-1359 |
| VERSUS | CHIEF JUDGE HICKS |
| RICKY DALE WYATT, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** because all claims asserted in it are untimely or fail to state a claim upon which relief may be granted. Plaintiff is **CAUTIONED** that she will be subject to potential sanctions if she files frivolous or malicious motions or new suits in this Court. Those sanctions may include a requirement that Plaintiff obtain judicial pre-approval for any filings, the imposition of monetary sanctions, or an order for other appropriate sanctions.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of June, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT